UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Heather Anderson, on behalf of herself and similarly situated,<br><br>    Plaintiff,<br>v.<br><br>Phil Murphy, in his official capacity as Governor of New Jersey, et al.,<br><br>    Defendants. | Case No.:   3:21-cv-10393-MAS-TJB |

### NOTICE OF DISMISSAL OF ACTION

Plaintiff Heather Anderson hereby provides notice of dismissal of this action against all Defendants, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: September 27, 2021

                                 By /s/ Michael P. Laffey
                                 Michael P. Laffey
                                 Attorney at Law
                                 222 Highway 35, 2nd Floor
                                 Red Bank, NJ 07701
                                 Tel (732) 642-6784
                                 mplaffeylaw@gmail.com

                                 *Counsel for Plaintiff*

So Ordered this 28th day of September, 2021

/s/ Zahid N. Quraishi
Hon. Zahid N. Quraishi
**United States District Judge**